# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Thomas Sander, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| The City of Dickinson, North Dakota; | ) | |
| Kylan Klauzer; Jeremy Moser; Terry | ) | |
| Oestreich; and Does 1-10, | ) | |
| | ) | Case No. 1:15-cv-072 |
| Defendants. | ) | |

Before the court is a motion for attorney Robert L. Stepans to appear *pro hac vice* on behalf of plaintiff. Mr. Stepans has paid the required admission fees to the office of the Clerk. Pursuant to N.D. Gen. L.R. 1.3(D)(1), the filing of the motion is deemed consent to submit to the jurisdiction of this court in matters of discipline and an agreement to comply with the Local Rules. Accordingly, the motion (Docket No. 13) is **GRANTED**. Mr. Stepans is admitted to practice before this court in the above-entitled action on behalf of plaintiff.

**IT IS SO ORDERED.**

Dated this 10th day of September, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge