# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Thomas Sander, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE MOTION TO** |
| | ) | **COMPEL RE INVESTIGATIVE** |
| vs. | ) | **PRIVILEGE** |
| | ) | |
| The City of Dickinson, North Dakota, Kylan Klauzer, Jeremy Moser, Terry Oestreich, and Does 1-10, | ) ) ) | Case No. 1:15-cv-72 |
| | ) | |
| Defendants. | ) | |

Before the court is plaintiff's motion to compel discovery of documents and other material that defendants contend are protected from disclosure by the investigative privilege. After reviewing the briefs of the parties, the court has determined it needs to review the withheld material *in camera*. Therefore, defendants are ordered to file under seal all documents and other material for which they are claiming the investigative privilege within ten (10) days for the court's *in camera* inspection.

**IT IS SO ORDERED.**

Dated this 3rd day of April, 2017.

/s/ *Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court